# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD PAUL SULLIVAN,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79522

**FILED**

SEP 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a "Judgment/Order entered on the 7th day of Nov., 2019." Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. November 7, 2019, has not yet occurred. To the extent that appellant appeals from his sentencing on November 7, 2018, and the subsequent judgment of conviction entered on November 13, 2018, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
        Pickering

_____, J.
        Parraguirre

_____, J.
        Cadish

19-40230

cc: Hon. Tierra Danielle Jones, District Judge
Leonard Paul Sullivan
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A